UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5239 ODW(RCx) | Date | August 16, 2010 |
|---|---|---|---|
| Title | Virginina Hernandez v. United States of America et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**   Order to Show Cause re Case Settlement

The Court has been notified by the Magistrate Judge assigned to this case that settlement was reached between the parties at the August 12, 2010 settlement conference. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, September 20, 2010 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

:   00

Initials of Preparer   RGN